**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SANDUSKY WELLNESS CENTER, LLC, | ) | CASE NO. 3:12-CV-02257-DAK |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. KATZ |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL OF** |
| | ) | **COUNSEL FOR DEFENDANTS** |
| WAGNER WELLNESS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now, come Defendants, by and through counsel, and hereby give notice to this

Honorable Court that Attorney Jaclyn C. Staple is hereby removed as counsel for Defendants.

Timothy T. Reid and Dale E. Markworth will remain as counsel for Defendants.


Respectfully submitted,

/s/ Timothy T. Reid
TIMOTHY T. REID (#0007272)
DALE E. MARKWORTH (#0008955)
MANSOUR GAVIN LPA
NORTH POINT TOWER, SUITE 1400
1001 Lakeside Avenue
Cleveland, Ohio 44114
Phone (216) 523-1500 / Fax (216) 523-1705
treid@mggmlpa.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, the foregoing *Notice of Removal of Counsel for Defendants* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Timothy T Reid
TIMOTHY T. REID (0007272)
*Counsel for Defendants*